## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00020-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

NORMAN D. GUTHRIE,

      Plaintiff,

v.

UNITED STATES OF AMERICA,
HARLEY LAPPIN, Director,
CHARLES DANIELS, Warden, and
JOHN DOE, Mailroom Supervisor,

      Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 1 2011

GREGORY C. LANGHAM
                  CLERK

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Complaint and an Application to Proceed in Forma

Pauperis. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has

determined that the submitted documents are deficient as described in this order.

Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any

papers which the Plaintiff files in response to this order must include the civil action

number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**
(1)   __      is not submitted
(2)   __      is missing affidavit
(3)   __      is missing certified copy of prisoner's trust fund statement for the 6-month
                period immediately preceding this filing
(4)   __      is missing certificate showing current balance in prison account
(5)   __      is missing required financial information

(6)     __     is missing an original signature by the prisoner
(7)     X      is not on proper form (must use the court's current form)
(8)     __     names in caption do not match names in caption of complaint, petition or
               habeas application
(9)     __     An original and a copy have not been received by the court.
               Only an original has been received.
(10)    __     other:_____.

**Complaint, Petition or Application**:
(11)    __     is not submitted
(12)    X      is not on proper form (must use the court's current form)
(13)    __     is missing an original signature by the prisoner
(14)    __     is missing page nos. ___
(15)    __     uses et al. instead of listing all parties in caption
(16)    __     An original and a copy have not been received by the court.  Only an
               original has been received.
(17)    __     Sufficient copies to serve each defendant/respondent have not been
               received by the court.
(18)    __     names in caption do not match names in text
(19)    __     other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers which the Plaintiff files in response

to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.

It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

2

DATED January 11, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00020-BNB

Norman D Guthrie
Reg. No. 76355-012
Lompoc Penitentiary
3901 Klein Blvd
Lompoc, CA 93436

      I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and the Prisoner Complaint forms** to the above-named individuals on January 11, 2011.


GREGORY C. LANGHAM, CLERK


By:_____
                    Deputy Clerk